IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SHANNON LEE BODDIE,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:17-CV-718-L** |
| **DALLAS COUNTY COMMUNITY COLLEGE DISTRICT,** | § § § § | |
| Defendant. | § § | |

## ORDER

Pursuant to *Special Order 3-251*, this *pro se* action was referred to United States Magistrate Judge Irma Carrillo Ramirez and she entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on March 16, 2017. The Report recommended that this action be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim on which relief may be granted. Plaintiff filed no objection to the Report.

Having reviewed the record in this case, applicable law, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** this action.

**It is so ordered** this 10th day of May, 2017.

Sam A. Lindsay
United States District Judge

Order – Solo Page